FILED
AUG 10 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY HO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLSFIRST FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 3:18-cv-00181-BEN-MDD<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Doc. No. 22] |

Having read and considered the Joint Motion for Dismissal of Action in its Entirety with Prejudice as to the Named Plaintiff filed by Plaintiff JENNY HO ("Plaintiff") and Defendant SCHOOLSFIRST FEDERAL CREDIT UNION ("Defendant"), and good cause appearing, **IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing the action in its entirety with prejudice is hereby **GRANTED.** Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August _10_, 2018

HON. ROGER T. BENITEZ
United States District Judge

1